**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7879**

DARRYL BOYD ADKINS,

　　　　　Plaintiff - Appellant,

　　v.

CORRECTIONAL OFFICER MCDONALD; CORRECTIONAL OFFICER WHITE,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.　James C. Fox, Senior District Judge.　(5:14-ct-03144-F)

Submitted: April 23, 2015　　　　Decided: April 28, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryl Boyd Adkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Boyd Adkins appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint against Defendants after a 28 U.S.C. § 1915 (2012) review. We have reviewed the record and find no reversible error. Accordingly, we deny Adkins' motion for appointment of counsel and affirm for the reasons stated by the district court. Adkins v. McDonald, No. 5:14-ct-03144-F (E.D.N.C. Dec. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED